(SPACE BELOW FOR FILING STAMP ONLY)

1  **FULLERTON, LEMANN, SCHAEFER & DOMINICK, LLP**
   215 North D Street, First Floor
2  San Bernardino, California 92401-1712
   Telephone (909) 889-3691
3  Telecopier (909) 888-5119

4  Wilfrid C. Lemann, SBN 80306 (blemann@flsd.com)
   David P. Colella, SBN 238245 (dcolella@flsd.com)
5  Attorneys for Claimants,
   TONY GANJE; MARY GANJE
6

7              UNITED STATES DISTRICT COURT

8           FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                     WESTERN DIVISION

10

11 | UNITED STATES OF AMERICA,                        | Case No.: CV 10-03929 AG (MANx)

12 |       Plaintiff,

13 | vs.                                               | **JUDGMENT**

14 |
   | ONE FORTIUS 420 HYPERBARIC
15 | CHAMBER; FIVE (5) FALCON
   | CENTRIFUGAL GRAVITY
16 | CONCENTRATORS WITH AUTOPAC; TWO
   | (2) ATLAS COPCO AIR COMPRESSORS;
17 | ONE 2005 FORD F-450 CREWCAB XLT; ONE
   | 2002 FORD EXCURSION XLT; ONE 2004
18 | FORD EXCURSION LTD; AND
   | MISCELLANEOUS GOLD COINS, BARS
19 | AND GOLD SHOT VALUED AT $583,749.33,
20 |
   |       Defendants.
21 | AND RELATED CLAIMS.                               | Complaint filed 05/25/2010

22

23         Pursuant to the Court's Order granting Motion for Summary Judgment in favor of TONY

24 GANJE and MARY GANJE pursuant to Federal Rule of Civil Procedure 56 (ECF Doc. No. 58) IT

25 IS HEREBY ORDERED, ADJUDGED AND DECREED that:.

26         1.      Claimants TONY GANJE and MARY GANJE ("Ganjes") shall have judgment

27 against Defendants ONE FORTIUS 420 HYPERBARIC CHAMBER; FIVE FALCON

28 CENTRIFUGAL GRAVITY CONCENTRATORS WITH AUTOPAC; TWO ATLAS COPCO

AIR COMPRESSORS; ONE 2005 FORD F-450 CREWCAB XLT; ONE 2002 FORD EXCURSION XLT; ONE 2004 FORD EXCURSION LTD; AND MISCELLANEOUS GOLD COINS; BARS AND GOLD SHOT VALUED AT $583,749.33 (collectively "Defendants").

2. Defendants shall be condemned and forfeited to Plaintiff UNITED STATES OF AMERICA ("Plaintiff").

3. Plaintiff shall restore Defendants to the Ganjes pursuant to 18 U.S.C. §981(e)(6) upon entry of this judgment.

4. Claimant JOHN ARTHUR WALTHALL ("Walthall") will take nothing by way of his claim in forfeiture.

5. There was reasonable cause for the seizure of the Defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. §2465.

6. Plaintiff, the Ganjes, and Walthall shall bear their own attorneys' fees and costs.

Dated: April 25, 2013

The Honorable Andrew J. Guilford
United States District Judge

Respectfully Submitted By:

Fullerton, Lemann, Schaefer, & Dominick, LLP
David P. Colella, Attorneys for Claimants
TONY GANJE; MARY GANJE